IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC., et als**<br><br>**Plaintiffs**<br><br>v.<br><br>**OCEAN CAPITAL LLC, et als.**<br><br>**Defendants** | **CIVIL NO.: 3:22-cv-01101-ADC** |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

To the Clerk of the Court and all parties of record, the undersigned hereby gives notice of his appearance on behalf of the Defendants Ocean Capital LLC, PRCE Management LLC, William Heath Hawk, Benjamin T. Eiler, Vasileiros A. Sfyris, José R. Izquierdo II, Brent D. Rosenthal and Roxana Cruz-Rivera.

**WHEREFORE**, the undersigned respectfully requests that the Clerk of the Court and all parties take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the attorneys of record.

In San Juan Puerto Rico, this 30th day of March, 2022.

**VICENTE & CUEBAS**
P.O. Box 11609
San Juan, P.R. 00910-1609
Phone    (787) 751-8000
Facsimile (787) 756-5250

*s/Harold D. Vicente-Colón*
**Harold D. Vicente-Colón**
USDC-PR 211805
E-Mail: *hdvc@vclawpr.com*