**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Tax-Free Fixed Income Fund for Puerto Rico Residents, Inc., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Ocean Capital LLC, et al.,<br><br>    Defendants. | **Civil No. 22-1101(GMM)** |
| Ocean Capital LLC,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>Puerto Rico Residents Tax-Free Fund, Inc., Puerto Rico Residents Tax-Free Fund VI, Inc. and Tax-Free Fund for Puerto Rico Residents, Inc.,<br><br>    Affected Funds. | |

## **FINAL JUDGMENT**

Pursuant to the Opinion and Order entered at Docket No. 236, the Court granted *Ocean Capital LLC's Answer and Amended Counterclaims to Plaintiffs' First Amended Complaint* ("Amended Counterclaim") against Puerto Rico Residents Tax-Free Fund, Inc. ("PRRTFF I"), Puerto Rico Residents Tax-Free Fund VI, Inc. ("PRRTFF

VI") and Tax-Free Fund for Puerto Rico Residents ("TFF") (collectively, "Affected Funds"). (Docket No. 168). Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The Court GRANTS the following relief on Ocean Capital LLC's Amended Counterclaim:

1. With respect to Ocean Capital's First Counterclaim against Puerto Rico Residents Tax-Free Fund, Inc. ("PRRTFF I") regarding Ocean Capital's nominees (José R. Izquierdo II and Brent D. Rosenthal) to serve on the board of directors of PRRTFF I at its 2021 Annual Meeting of stockholders, held on March 17, 2022, Messrs. Izquierdo and Rosenthal are to be seated as directors of PRRTFF I.

2. With respect to Ocean Capital's Second Counterclaim against Puerto Rico Residents Tax-Free Fund VI, Inc. ("PRRTFF VI") regarding Ocean Capital's nominees (José R. Izquierdo II and Brent D. Rosenthal) to serve on the board of directors of PRRTFF VI at its 2021 Annual Meeting of stockholders, held on December 15, 2022, Messrs. Izquierdo and Rosenthal are to be seated as directors of PRRTFF VI.

3. With respect to Ocean Capital's Third Counterclaim against Tax Free Fund for Puerto Rico Residents, Inc. ("TFF I") regarding Ocean Capital's nominees (José R. Izquierdo II, Brent D. Rosenthal, and Ethan Danial) to serve on the board of directors of TFF I at its 2022 Annual Meeting of stockholders, held on March 9, 2023, Messrs. Izquierdo, Rosenthal and Danial are to be seated as directors of TFF I.

4. All other relief concerning Ocean Capital's Amended Counterclaim set forth herein is denied.

5. There being no other outstanding claims pending before the Court, this case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, July 12, 2024.

<u>s/Gina R. Méndez-Miró</u>
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE