**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC., TAX-FREE FIXED INCOME FUND II FOR PUERTO RICO RESIDENTS, INC., TAX-FREE FIXED INCOME FUND III FOR PUERTO RICO RESIDENTS, INC., TAX-FREE FIXED INCOME FUND IV FOR PUERTO RICO RESIDENTS, INC., TAX-FREE FIXED INCOME FUND V FOR PUERTO RICO RESIDENTS, INC., PUERTO RICO RESIDENTS TAX-FREE FUND, INC., PUERTO RICO RESIDENTS TAX-FREE FUND IV, INC., PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC., and TAX-FREE FUND FOR PUERTO RICO RESIDENTS, INC. <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>OCEAN CAPITAL LLC, WILLIAM HEATH HAWK, JOSÉ R. IZQUIERDO II, BRENT D. ROSENTHAL, ROXANA CRUZ-RIVERA, ETHAN DANIAL, MOJDEH L. KHAGAN, PRCE MANAGEMENT LLC, BENJAMIN T. EILER, VASILEIOS A. SFYRIS, FRANCISCO GONZALEZ, GUSTAVO NEVAREZ TORRES, ALEJANDRO ACOSTA RIVERA, HONNE II, LP, MEIR HURWITZ, MARIO J. MONTALVO, JOSE M. PEREZ-GUTIERREZ, RAD INVESTMENTS, LLC, SANZAM INVESTMENTS LLC, JUAN E. SOTO ALVARADO, SANDRA CALDERON, THE ESTATE OF JOSE HIDALGO, and AVRAHAM ZEINES <br><br>　　　　Defendants. | C.A. No.  22-CV-01101 |
| OCEAN CAPITAL LLC, <br><br>　　　　Defendant/Counterclaim-Plaintiff, <br><br>　v. <br><br>PUERTO RICO RESIDENTS TAX-FREE FUND, INC. PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC., and TAX FREE FUND FOR PUERTO RICO RESIDENTS, INC., <br><br>　　　　Plaintiffs/Counterclaim-Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Tax-Free Fixed Income Fund for Puerto Rico Residents, Inc. ("Fund I"), Tax-Free Fixed Income Fund II for Puerto Rico Residents, Inc. ("Fund II"), Tax-Free Fixed Income Fund III for Puerto Rico Residents, Inc. ("Fund III"), Tax-Free Fixed Income Fund IV for Puerto Rico Residents, Inc. ("Fund IV"), Tax-Free Fixed Income Fund V for Puerto Rico Residents, Inc. ("Fund V"), Puerto Rico Residents Tax-Free Fund, Inc. ("PRRTFF I"), Puerto Rico Residents Tax-Free Fund IV, Inc. ("PRRTFF IV"), Puerto Rico Residents Tax-Free Fund VI, Inc. ("PRRTFF VI"), and Tax Free Fund for Puerto Rico Residents, Inc. ("TFF I" and together the "Funds"), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the July 12, 2024 Final Judgment (Dkt. No. 238) and all orders that merge therein, including but not limited to the September 13, 2023 Partial Judgment (Dkt. No. 200).

In San Juan, Puerto Rico, this 12th day of July 2024.

| | |
|---|---|
| OF COUNSEL | *Attorneys for Plaintiffs* |
| | |
| Andrew W. Stern (*pro hac vice*) | /s/ *Alicia I. Lavergne Ramírez* |
| Alex J. Kaplan (*pro hac vice*) | Alicia I. Lavergne Ramírez |
| Charlotte K. Newell (*pro hac vice*) | USDC-PR 215112 |
| Robert M. Garsson (*pro hac vice*) | |
| SIDLEY AUSTIN LLP | /s/ *Gustavo J. Viviani Meléndez* |
| 787 Seventh Avenue | Gustavo J. Viviani Meléndez |
| New York, New York 10019 | USDC-PR 229513 |
| astern@sidley.com | |
| ajkaplan@sidley.com | P.O. Box 11917 |
| cnewell@sidley.com | San Juan, Puerto Rico 00922-1917 |
| rgarsson@sidley.com | Tel. 787-522-6776 |
| | Fax. 787-522-6777 |

**I HEREBY** certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112